United States District Court
Northern District Of FL
Tallahassee Division

Derrick G. James
DC No.: 536293,
    Petitioner,

v.

FLDOC Secretary,
Ricky Dixon,
    Respondent.

## Petition For Writ Of Habeas Corpus

Comes Now, Pro se Petitioner, Derrick G. James, files this Habeas Corpus Petition Pursuant to 28 U.S.C. § 2254, and in support of states the following:

### Statement Of Facts

1. The Petitioner was charged In The Circuit Court Of The 17TH Judicial Circuit In And For Broward County, Florida, with one count of unoccupied burglary, and one count of grand theft both alleged to have occurred on June 13, 1998, of a condominium unit. Case No.: 99-721CF10A.

2. On July 7, 1999, Petitioner was found guilty of both charges.

3. On August 13, 1999, Petitioner was sentenced to 30 years imprisonment as a habitual felony offender with a 15 year minimum mandatory as a prison release reoffender, and to the/a term of 10 years in prison on the grand theft count to be served concurrent to the burglary charge/conviction. The prison release reoffender was later overturned and dismissed, May 15, 2002.

4. A Notice of Appeal was filed.

5. Petitioner's conviction and sentence were summarily affirmed without opinion. James v. State, 778 So. 2d 294 (Fla. 4th DCA 2001). Other Motions were later filed at later dates that were all later denied.



6. On August 15, 2018, FLDOC arbitrarily changed Petitioner's sentence by enhancing such by an additional "20" years.

7. Administrative appeal grievances were filed and denied.

8. In September of 2018, Petitioner filed a Writ of Mandamus Petition in the Second Judicial Circuit Court, Leon County, FL, Case No's.: 2018-CA 2108, 2018 CA 01820.

9. On June 25, 2019, the State L.T. Court denied Petitioner's Mandamus Petition, and on July 18, 2019, a Notice of Appeal/Petition For Certiorari Review was filed in the First District Court Of Appeal, State Of Florida, Case No.: 1D19-2660.

10. On December 10, 2020, Petitioner's Writ Of Certiorari was denied after Briefs had been submitted by both Parties.

11. In December of 2020, Petitioner filed a Writ Of Certiorari to the United States Supreme Court. Case No. 20-7637

12. On February 1, 2021, the Clerk of The Supreme Court informed Petitioner that he first needed to seek review by the Florida Supreme Court. Exhibit #A. Petitioner immediately sought review by the Supreme Court of Florida and on March 2, 2021, the Florida Supreme Court dismissed the case due to lack of jurisdiction. Case No.: SC 21-310, Exhibit B.

13. On March 15, 2021, Petitioner forwarded Exhibit B to the United States Supreme Court thus informing the Clerk of the Florida Supreme Court's decision.

14. On April 2, 2021, the case was placed on the docket and the due date for

Respondent to file an opposition brief was set for May 3, 2021.

15. On May 4, 2021, Respondent declined to file a Brief.

16. In June of 2021, the United States Supreme Court declined to accept Certiorari review.

17. There are no other Motions or Petitions pending at this time.

## Ground

FLDOC Has Violated Petitioner's Due Process And Fifth Amendment Constitutional Rights; The Florida Constitution; Established Judicial And Procedural Laws Of The State Of Florida

## Argument

An extended version of what totally took place at sentencing was as follow..... the State requested that the Court sentence Petitioner to serve whatever sentence being imposed to be ranned consecutive to two seperate cases that were already being served by Petitioner. Broward County; Case 94-16096CF10A, 3½ years prison term and Dade County; Case F98-28312.

The Court then asked Petitioner if he wish to be heard? Petitioner reply was yes sir, and the following statement followed:

The Defendant: Your Honor, it's up to you because you're the judge. I was wondering if it's possible this case would be run concurrent with Miami, but that's your decision, instead of imposing two consecutive sentences, sir. I've just been sentenced down in Miami to 20 years, 15 mandatory, sir.

That's all I ask the Court to do. Please run this concurrent with the case down in Miami instead of splitting it. Etc.

The Court then sentenced Petitioner as follow:

The Court:... Base on the aforementioned finding, this Court identifies and adjudges Derrick Gregory James to be a habitual felony offender and as such; as to Count 1, burglary of a dwelling, the defendant is hereby ordered to be committed to the custody of Department of Corrections to serve a term of imprisonment of thirty years with credit for all time served. Said sentence shall be consecutive to **any active sentence** currently being served by this defendant. Etc.

On October 5, 2001, Petitioner was received by FLDOC at SFRC. While being processed by Classification Petitioner was informed verbally and in writting of his overall incarceration sentence. And, was informed that the Court had verbally sentenced Petitioner to serve the thirty year sentence consecutive to only one of Petitioner's actively serving senteces (at that point in time) and not both. Petitioner was also told that the Court was silent on which sentence though and since the 3½ years prison sentence was handed down before the later 20 years prison sentence that the 30 years would have to be ranned only consecutive to the 3½ and that they had the authority to do so. Therefore, the overall prison [s]entence is **33 years and six months. Exhibit C**.

In March of 2018, Petitioner filed/submitted an Inmate Request requesting that FLDOC award him one third off of the 3½ year prison sentence and 20 days of monthly gain time on the 941 case. FLDOC later informed Petitioner that it had already done so. Not agreeing with such, Petitioner then filed a grievance. In August of 2018, FLDOC then arbitrarily changed Petitioner's sentence by now running the 30 year sentence consecutive to both 3½ and 20 years sentences, thus saying that the Department was following the Court's Order. Petitioner filed several grievances and appeal grievances to no avail. Then a Mandamus Petition to the State Court(s) arguing Due Process and Double Jeopardy Violations; Fundamental Fairness; Oral Pronoucement Controls, i.e.,

Established and Procedural Violations of State Laws etc.

The State Court's, Second Judicial Circuit, denied Petitioner's Mandamus Petition and the First District Court of Appeal denied Petitioner's Certiorari Petition asserting that such had been denied on the merits. To the contrary, the record clearly reveals that the State Courts deviated from well established Laws[1] and It's own Laws and Procedures when deciding Petitioner's Issue and Case.

Therefore, Petitioner, pray and request that this Honorable Court issue an Order directing FLDOC to remove the additional 20 years consecutive sentence that It has placed upon Petitioner's prison sentence then correct such by structuring Petitioner's sentence back to it's initial 33½ years prison sentence or any other relief to which Petitioner may be entitled.

[1] Federal

I declare under penalty of perjury that the foregoing is true and correct and that this Writ of Habeas Corpus Petition was placed in the hands of prison Mail Room Official on the 8th day of April 2022.

Respectfully Submitted,
*Derrick A. James*
Derrick C. James 536293
South Bay C.F.
600 US Highway 27 South
South Bay, FL 33493

CC: US Mailed to FLDOC General Counsel, 501 South Calhoun Street, Tall., FL 32399.

*Derrick A. James*

5

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

February 1, 2021

Derrick G. James
#536293
Columbia Correctional Institution
216 S.E. Corrections Way
Lake City, FL 32025

    RE: James v. FL DOC
        FD COA No. 1D19-2660

Dear Mr. James:

    The above-entitled petition for a writ of certiorari was postmarked December 15, 2020 and received January 13, 2021. The papers are returned for the following reason(s):

    Your case must first be reviewed by the Florida Supreme Court. 28 USC 1254 and 1257.

                                    Sincerely,
                                    Scott S. Harris, Clerk
                                    By:
                                    Lisa Nesbitt
                                    (202) 479-3038

*Exhibit A*

Enclosures

# Supreme Court of Florida

TUESDAY, MARCH 2, 2021

**CASE NO.: SC21-310**
Lower Tribunal No(s).:
1D19-2660; 372018CA002108XXXXXX; 372018CA001820XXXXXX

| DERRICK GREGORY JAMES | vs. | FLORIDA DEPARTMENT OF CORRECTIONS |
|---|---|---|
| Petitioner(s) | | Respondent(s) |

    This case is hereby dismissed. This Court lacks jurisdiction to review an unelaborated decision from a district court of appeal that is issued without opinion or explanation or that merely cites to an authority that is not a case pending review in, or reversed or quashed by, this Court. *See Wheeler v. State*, 296 So. 3d 895 (Fla. 2020); *Wells v. State*, 132 So. 3d 1110 (Fla. 2014); *Jackson v. State*, 926 So. 2d 1262 (Fla. 2006); *Gandy v. State*, 846 So. 2d 1141 (Fla. 2003); *Stallworth v. Moore*, 827 So. 2d 974 (Fla. 2002); *Harrison v. Hyster Co.*, 515 So. 2d 1279 (Fla. 1987); *Dodi Publ'g Co. v. Editorial Am. S.A.*, 385 So. 2d 1369 (Fla. 1980); *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

    No motion for rehearing or reinstatement will be entertained by the Court.

A True Copy
Test:

*[signature]*

John A. Tomasino
Clerk, Supreme Court

td
Served:
DERRICK GREGORY JAMES
HON. KRISTINA SAMUELS, CLERK
HON. GWEN MARSHALL, CLERK
HON. RONALD WALLACE FLURY, JUDGE

LANCE ERIC NEFF

Exhibit B

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 2, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Derrick Gregory James
Prisoner ID 536293
Columbia Correctional Institution
216 S.E. Corrections Way
Lake City, FL 32025

Re: Derrick Gregory James
v. Florida Department of Corrections
No. 20-7637

Dear Mr. James:

The petition for a writ of certiorari in the above entitled case was filed on March 15, 2021 and placed on the docket April 2, 2021 as No. 20-7637.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by
Lisa Nesbitt
Case Analyst

Enclosures

# Supreme Court of the United States

Derrick Gregory James
      (Petitioner)

      v.                           No. 20-7637

Florida Department of Corrections
      (Respondent)

To _____ Counsel for Respondent:

      **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on March 15, 2021, and placed on the docket April 2, 2021. <u>Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, May 3, 2021</u>. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

      Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.

      Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

      Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

                                                Mr. Derrick Gregory James
                                                Columbia Correctional Institution
                                                216 S.E. Corrections Way
                                                Lake City, FL 32025

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

```
                                                              June 25, 2009, 14:26:53
(A) Passport, zws - PASSPORT
     Case 3:08-cv-00983-TJC-JRK   Document 35-3   Filed 06/29/2009   Page 1 of 3
                                    YT                                      PAGE: 01
P/N  0 536293              OVERALL INMATE RECORD AS OF 06/25/09            TIME: 14:26
    IIS0006                            DOC NO: 536293         STATUS: ACTIVE
NAME: JAMES, DERRICK

         THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE.
         SOME DATA AS WELL AS RELEASE DATE(S) ARE SUBJECT TO CHANGE WITH THE
         AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH
         A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.

                                           PROVISIONAL RELEASE DATE: NO CREDITS
LOCATION: 205 - FLORIDA STATE PRISON       TENTATIVE RELEASE DATE:   05/16/2031
OVERALL TERM:  33 YRS  6 MOS  0 DAYS       LAST PROV.AWARD:  0 DAYS ON   /  /
CUSTODY GR.: CLOSE    SINCE: 11/05/01      LAST GAIN TIME:   2 DAYS ON 05/31/09
DATE OF BIRTH: 03/09/65  SEX: MALE         RACE: BLACK           EYES: BROWN
BIRTHPLACE: FLORIDA      HT: 5' 10"

FILE IMAGING: COMPLETE RECORD IMAGED
*********************************************************************************
         THE FOLLOWING DATES ARE SET BY THE PAROLE COMMISSION.  QUESTIONS ABOUT
         THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT  (850) 488-1655.
                                              PRESUMPTIVE PAROLE DATE: 99/99/9999
CONTROL RELEASE DATE:   /  /
*********************************************************************************
TO OBTAIN MORE INFORMATION ABOUT THIS INMATE, PRESS THE "ENTER" KEY.
```

Exhibit C

```
                        FLORIDA DEPARTMENT OF CORRECTIONS          04/11/18
          IIS0885                INMATE NOTICE
                          FOR MONTH OF: MARCH,2018

INMATE NAME: JAMES, DERRICK                          DC NUMBER: 536293
FACILITY: MARTIN C.I.                         HOUSING ASSIGNMENT: A4102U
                                                       MAIL-BOX:

CLASSIFICATION TEAM: 02  MEB11 MARTELL, E. B.

THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES
ONLY AND IS SUBJECT TO CHANGE AT ANY TIME.  GRIEVANCES RELATED TO THIS GAIN
TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER
THAN THE END OF THIS CALENDAR MONTH.


*******************************************************
*                                                     *
*  ASSIGNMENT PERFORMANCE:       ABOVE SATISFACTORY   *
*     REASON (UNSATIS. OR ABOVE): PROGRAM/WORK ASSIGNMENT *
*     EVALUATED BY:              MARTIN C.I.          *
*                                                     *
*  SECURITY EVALUATION:          ABOVE SATISFACTORY   *
*     REASON (UNSATIS. OR ABOVE): MAINTENANCE OF LIVING QUARTERS *
*     EVALUATED BY:              MARTIN C.I.          *
*                                                     *
*******************************************************
*                                                     *
*                                              DAYS   *
*                                              --     *
*  INCENTIVE GAIN TIME AWARD RECOMMENDED:       NA    *
*     ENHANCED GAIN TIME AWARD RECOMMENDED:     NA    *
*     STP GAIN TIME AWARD RECOMMENDED:          10    *
*     VCC GAIN TIME AWARD RECOMMENDED:          NA    *
*                                                     *
*  MODIFICATION OF INCENT: (MITIGATED)  ADHERENCE TO PROGRAM PLAN *
*                                                     *
*  OTHER GAIN TIME AWARD RECOMMENDED:                 *
*     WORK GAIN TIME AWARD RECOMMENDED:         NA    *
*     EXTRA TIME AWARD RECOMMENDED:             NA    *
*     CONST TIME AWARD RECOMMENDED:             NA    *
*                                                     *
*  THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED *
*  UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION.         *
*                                                     *
*******************************************************

CURRENT TENTATIVE RELEASE DATE: 08/13/2029
```

```
                        FLORIDA DEPARTMENT OF CORRECTIONS        10/12/18
         IIS0885               INMATE NOTICE
                        FOR MONTH OF: SEPTEMBER,2018

INMATE NAME: JAMES, DERRICK                      DC NUMBER: 536293
FACILITY: MARTIN C.I.                    HOUSING ASSIGNMENT: A4102U
                                                   MAIL-BOX:
CLASSIFICATION TEAM: 02  MEB11 MARTELL, E. B.

THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES
ONLY AND IS SUBJECT TO CHANGE AT ANY TIME.  GRIEVANCES RELATED TO THIS GAIN
TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER
THAN THE END OF THIS CALENDAR MONTH.


*******************************************************
*                                                     *
*  ASSIGNMENT PERFORMANCE:      ABOVE SATISFACTORY    *
*     REASON (UNSATIS. OR ABOVE): PROGRAM/WORK ASSIGNMENT *
*     EVALUATED BY:             MARTIN C.I.           *
*                                                     *
*  SECURITY EVALUATION:         ABOVE SATISFACTORY    *
*     REASON (UNSATIS. OR ABOVE): GENERAL COMPOUND BEHAVIOR *
*     EVALUATED BY:             MARTIN C.I.           *
*                                                     *
*******************************************************
*                                                     *
*                                              DAYS   *
*                                              --     *
*  INCENTIVE GAIN TIME AWARD RECOMMENDED:      NA     *
*     ENHANCED GAIN TIME AWARD RECOMMENDED:    NA     *
*     STP GAIN TIME AWARD RECOMMENDED:         10     *
*     VCC GAIN TIME AWARD RECOMMENDED:         NA     *
*                                                     *
*  MODIFICATION OF INCENT: (MITIGATED)  ADHERENCE TO PROGRAM PLAN *
*                                                     *
*  OTHER GAIN TIME AWARD RECOMMENDED:                 *
*     WORK GAIN TIME AWARD RECOMMENDED:        NA     *
*     EXTRA TIME AWARD RECOMMENDED:            NA     *
*     CONST TIME AWARD RECOMMENDED:            NA     *
*                                                     *
*     THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED *
*     UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION. *
*                                                     *
*******************************************************

CURRENT TENTATIVE RELEASE DATE: 07/03/2048
```

Derrick James 536295
South Bay C.F.
600 US Highway 27 South
South Bay, FL 33493

US Courthouse
111 N. Adams Street
Tallahassee, FL 32301