United States District Court

Northern District Of Florida

Tallahassee Division



Derrick C. James,
   Petitioner,

Case No.: 4:22cv158/WS/ZCB

vs.

Ricky Dixon,
   Respondent.   /

## Petitioner's Response To Court's Order

  This Honorable Court has ordered Petitioner to submit two copies of his recently filed Habeas Petition to the Court. Petitioner has searched his property continuously and has come to the conclusion that he has somehow lost his only and last copied Petition.

  Therefore, Plaintiff will pay to have copies made by the Clerk of Court for distributing if this Honorable Court orders such.

Respectfully Submitted,

Derrick C. James

Derrick C. James 536293
Blackwater River C.F.
5914 Jeff Ates Road
Milton, FL 32583

FILED USDC FLND PN
AUG 19 '22 PM 12:44 GM

Derrick G. James 536,293
Blackwater River C.F.
5914 Jeff Ates Road
Milton, Florida 32583

32502-566599

PENSACOLA FL
18 AUG 2022 PM

quadient
FIRST-CLASS MAIL
IMI
$000.57
08/17/2022 ZIP 32583
043M31220432
US POSTAGE

US District Court
1 North Palafox Street
Pensacola, Florida 32502

LEGAL MAIL