AMENDED

# PETITION UNDER 28 U.S.C. § 2254
## BY A PERSON IN CUSTODY
## PURSUANT TO A STATE COURT JUDGMENT

| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA** | **Division:** TALLAHASSEE |
| **Name of Petitioner** (*under which you were convicted*)<br><br>Derrick C. James | **Case No.:** 4:22-cv-158-WS-ZCB<br><br>_____<br>*(to be assigned by the Clerk's Office)* |
| **Prisoner ID #**<br>536293 | **Place of Current Confinement and Address** |
| **NAME OF PETITIONER**<br>*(include aliases)*<br><br>Derrick C. James          **v.** | **NAME OF RESPONDENT**<br>*(authorized person having custody of petitioner)*<br><br>Ricky D. Dixon |

**THE ATTORNEY GENERAL OF THE STATE OF** ___Florida___
*(State in which challenged judgment was entered)*

## I. PROCEDURAL HISTORY

A. Name and location *(circuit and county)* of the court that entered the judgment

of conviction or sentence under attack: __17TH Judicial Circuit Court,__

__Broward County, FL__ Case Number (*if known*): _____

NDFL Pro Se 241 (Rev 05/17) Petition Under 28 U.S.C. 2254 By Person in State Custody

ClerkAdmin/Official/Forms

PROVIDED TO
OKALOOSA CI

JAN 13 2023

FOR MAILING ___D.J.___
RECEIVED BY ___

1

FILED USDC FLND PN
JAN 19 '23 PM 1:30

B. Date of Judgment *(conviction/sentence)*: _____

C. Date of Sentence: _August 13, 1999_____

D. Sentence Imposed: _30 years consecutive to any active sentence that was_

_currently being served_____

E. Identify all crimes of which you were convicted and sentenced in this case *(all*

*counts)*: _One Count of Unoccupied Burglary and One Count of Grand Theft___

_____

_____

F. What was your plea? (*Check one*)

☐ Guilty ☑ Not Guilty ☐ Nolo contendere

If you entered a guilty plea to one count or charge and a not guilty plea to

another count or charge, please explain: _____

_____

_____

G. If you pleaded not guilty, what kind of trial did you have? (*Check one*)

☑ Jury ☐ Judge only *(Bench Trial)*

H. Did you testify at a pretrial hearing, trial, or post-trial hearing?

☐ YES ☑ NO

I. Did you appeal from the judgment of conviction?

☑ YES ☐ NO

*(If you did not appeal, skip to Question K.)*

J.  If you did appeal, answer the following:

1.  Name of Court: Fourth District Court

2.  Date Filed: N/A

3.  Case Number (*if known*): N/A   James v. State, 778 So. 2d 294 ( Fla. 4th DCA 2001)

4.  Date of Result: N/A

5.  Citation to Case (*if known*): N/A

6.  Result: PCA

7.  Grounds Raised on Appeal: N/A

8.  Did you file a petition for rehearing?       ☐ YES   ☑ NO

    If yes, state the result: _____

    _____ Date of Result: _____

9.  Did you seek review in the Florida Supreme Court?     ☐ YES   ☑ NO

    If yes, state the result: _____

    _____ Date of Result: _____

    Citation to Case (*if known*): _____

10. Did you file a petition for certiorari in the U. S. Supreme Court?

☐ YES    ☑ NO

If yes, state the result: _____

_____ Date of Result: _____

Citation to Case (*if known*): _____

K. Other than the direct appeals listed above, have you filed any other petitions, applications, or motions challenging judgment of conviction in any state court? ☑ YES    ☐ NO

*(If your answer is NO, skip to Question P.)*

L. If your answer to Question K is YES, answer the following:

1. Name of Court: Seventeenth Judicial Circuit, Broward County, FL

2. Identify what you filed (*for example, a Rule 3.850 motion, habeas petition, etc.*): 3.850 Motion _____

_____

3. Case Number (*if known*): 99-721 _____ Date Filed: N/A

4. Grounds Raised: N/A _____

_____

_____

_____

5. Was an evidentiary hearing held on your petition or motion?

    ☐ YES  ☑ NO

6. Result: __Denied_____

    _____ Date of Result: ___N/A_____

M. If you filed a second petition, application, or motion, answer the following:

    *(If you did not file additional petitions, applications, or motions, skip to*

    *Question O.)*

    1. Name of Court: __Seventeenth Judicial Circuit, Broward County, FL_____

    2. Identify what you filed *(for example, a Rule 3.850 motion, habeas petition,*

       *etc.)*: __3.800_____

       _____

    3. Case Number *(if known)*: __99-721_____ Date Filed: __N/A_____

    4. Grounds Raised: __PRR removal_____

       _____

       _____

       _____

    5. Was an evidentiary hearing held on your petition or motion?

       ☐ YES  ☑ NO

    6. Result: __Granted_____

       _____ Date of Result: ___N/A_____

N.  If you filed a third petition, application, or motion, answer the following:

*(If you did not file additional petitions, applications, or motions, skip to Question O.)*

1. Name of Court: _Seventeenth Judicial Circuit Court, Broward County, FL_

2. Identify what you filed *(for example, a Rule 3.850 motion, habeas petition, etc.)*: _Quo Warranto_

3. Case Number *(if known)*: _99-721_     Date Filed: _N/A_

4. Grounds Raised: _Jurisdiction, i.e., Prosecutor Peter Holden having not been Sworn in under Oath as a Prosecutor in Broward County nor documented as such in Tallahassee records for several years including when he prosecuted Petitioner._

5. Was an evidentiary hearing held on your petition or motion?

   ☐ YES   ☑ NO

6. Result: _Denied_

   _____ Date of Result: _N/A_

   *(If you filed more than three petitions, applications, or motions, attach additional pages as necessary to provide answers to all questions listed in Question N.)*

O.  Did you appeal to the highest state court having jurisdiction over the action

taken on your petition, application, or motion?

1.  First Petition:      □ YES ☑ NO

2.  Second Petition: □ YES ☑ NO

3.  Third Petition:     ☑ YES ☑ NO

a.  If you did *not* appeal the result, explain briefly why you did not:

_____

_____

_____

b.  If you did file an appeal, what was the result:  Re: Quo Warranto Petiti-
on. Fourth DCA denied then cited a case out of the Fifth DCA which states
that the issue should have been raised pre trial.

c.  Date of the opinion/mandate (*include case citation, if known*):  N/A
James v State, 53 So2d 3d 1043 (Fla. 4th DCA 2011)

P.  Have you previously filed a § 2254 petition or other pleading regarding the

validity of your state conviction or sentence in any federal court?

☑ YES       □ NO

(*If yes, identify below the court, case number, and, result, including the  result

of any appeal.*)

Name of Court: US Southern District _____ Case #: _____ N/A _____

Result: __Denied_____

_____

_____

Appeal?  ☑ YES ☐ NO  Result: __Denied_____

_____

## II. GROUNDS RAISED IN CURRENT § 2254 PETITION

**ATTENTION:** *To proceed in federal court, you must ordinarily first exhaust all available state court remedies on each ground raised in this petition. Also, if you do not set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

For this petition, state *all* grounds on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. You must provide a summary of *specific facts* in support of each ground raised. Do not argue or cite case law. A supporting memorandum of law, not exceeding 10 pages, may be attached to this petition presenting legal argument, but all supporting facts *must* be set forth in this petition. (*Attach additional pages as needed if you are raising more than four grounds.*)

**A. Ground One:** FLDOC violated Petitioner's 14TH Amendment Constitutional Rights when it arbitrarily changed Plaintiff's sentence to a harsher prison term.

1. Supporting Facts (*brief statement without citing cases or law*):

On August 13,1999 Petitioner was sentenced to a 30 year consecutive sentence to any active sentence that Petitioner was serving at that time. Case No 99-721 Broward County-Seventeenth Judicial Circuit Plaintiff was serving a 3½ and 20 year sentence at that time. In October 2001 Petitioner entered the prison system and FLDOC followed the Courts orally pronounced sentence, thus structuring Petitioner's sentence by running the 30 years consecutive to the 3½ then arbitraly changed it.

2. Did you raise this claim in state court by direct appeal?

☐ YES  ☐ NO

If you did *not* raise this claim, explain why: _____

_____

_____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES  ☐ NO

If yes, explain how it was raised (*type of petition*): __Mandamus__

_____

a. Name and location of the court where the motion or petition was filed:

Second Judicial Circuit Court, Leon County, FL 32301

b. Case # (*if known*): __2018-CA-2108, 2018-CA-01820__

c. Date of Decision: ___June 25, 2019_____

d. Result: Denied_____

_____

4. Did you receive a hearing on your motion or petition?

☐ YES ☑ NO

5. Did you appeal from the denial of your motion or petition?

☑ YES ☐ NO

6. Was Ground One raised in your appeal?

☑ YES ☐ NO

a. If not raised in your appeal, why not? _____

_____

b. Identify the name and location of the court where appeal was filed:

First District Court of Appeals_____

_____

c. Case # (*if known*): ___1D19-2660_____

d. Date of Decision: ___December 10, 2020_____

e. Result: PCA_____

_____

_____

7. Identify any other way in which you exhausted state remedies for Ground

One: _Filed a Certiorari in the FL and US Supreme Courts. Neither accepted jurisdiction_

**B. Ground Two:** _Petitioners 5TH Amendment Constitutional Rights were violated when FLDOC committed double jeopardy by arbitrarily changing Petitioner's sentence._

1. Supporting Facts (*brief statement without citing cases or law*):

   _FLDOC later changed Petitioner's 33 1/3 sentence to a 53 1/3 year prison sentence nearly two decades later._

2. Did you raise this claim in state court by direct appeal?

   ☐ YES    ☐ NO

   If you did *not* raise this claim, explain why: _____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

   ☑ YES ☐ NO

   If yes, explain how it was raised (*type of petition*):  _Mandamus_

a. Name and location of the court where the motion or petition was filed:

_Second Judicial Circuit, Leon County, FL 32301_

b. Case # (*if known*): _2018-CA-2108, 2018-CA-01820_

c. Date of Decision: _June 25,2019_

d. Result: _Denied_

4. Did you receive a hearing on your motion or petition?

   □ YES  ☑ NO

5. Did you appeal from the denial of your motion or petition?

   ☑ YES  □ NO

6. Was Ground Two raised in your appeal?

   ☑ YES  □ NO

   a. If not raised in your appeal, why not? _____

   b. Identify the name and location of the court where appeal was filed:

   _First District Court of Appeals_

   c. Case # (*if known*): _1D19-2660_

   d. Date of Decision: _December 10,2020_

   e. Result: _PCA_

_____

_____

7. Identify any other way in which you exhausted state remedies for Ground

Two: <u>Filed for Certiorari Review in FL and US Supreme Courts. Neither accepted</u>

<u>jurisdiction.</u> _____

**C. Ground Three:** <u>FLDOC violated Petitioners Due Process Rights when it changed</u>

<u>/restructured Petitioner's initional structured sentence to a much higher sentence.</u>

1. Supporting facts (*brief statement without citing cases or law*): _____

<u>FLDOC erroneously changed Petitioners initial pronounced sentence by the trial</u>

<u>court of a 30 year prison sentence to run consecutive to one of Petitioner's prison</u>

<u>system of "only one" actively serving sentence and not both.</u>

_____

_____

2. Did you raise this claim in state court by direct appeal?

☐ YES   ☑ NO

If you did *not* raise this claim, explain why: _____

_____

_____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES ☐ NO

If yes, explain how it was raised (*type of petition*): __Mandamus__

---

   a. Name and location of the court where the motion or petition was filed:

   __Second Judicial Circuit Court, Leon County, FL 32301__

   b. Case # (*if known*): __2018-CA-2108, 2018-CA-01820__

   c. Date of Decision: __June 25, 2019__

   d. Result: __Denied__

---

4. Did you receive a hearing on your motion or petition?

   □ YES   ☑ NO

5. Did you appeal from the denial of your motion or petition?

   ☑ YES   □ NO

6. Was Ground Three raised in your appeal?

   ☑ YES   □ NO

   a. If not raised in your appeal, why not? _____

---

   b. Identify the name and location of the court where appeal was filed:

   __First District Court of Appeals__

---

   c. Case # (*if known*): _____

    d.  Date of Decision: _____

    e.  Result: __PCA_____

    _____

    _____

7.  Identify any other way in which you exhausted state remedies for Ground

    Three:  _Filed for Certiorari Review in FL and US Supreme Courts. Both did not_

    _accept jurisdiction_____

**D.  Ground Four:** _____

_____

1.  Supporting Facts (*brief statement without citing cases or law*): _____

    _____

    _____

    _____

    _____

    _____

2.  Did you raise this claim in state court by direct appeal?

    ☐ YES    ☐ NO

    If you did *not* raise this claim, explain why: _____

    _____

    _____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

□ YES □ NO

If yes, explain how it was raised (*type of petition*): _____

_____

   a. Name and location of the court where the motion or petition was filed:

     _____

   b. Case # (*if known*): _____

   c. Date of Decision: _____

   d. Result: _____

     _____

4. Did you receive a hearing on your motion or petition?

□ YES □ NO

5. Did you appeal from the denial of your motion or petition?

□ YES □ NO

6. Was Ground Four raised in your appeal?

□ YES □ NO

   a. If not raised in your appeal, why not? _____

     _____

   b. Identify the name and location of the court where appeal was filed:

_____

_____

   c.  Case # (*if known*): _____

   d.  Date of Decision: _____

   e.  Result: _____

   _____

   _____

7.  Identify any other way in which you exhausted state remedies for Ground

   Four: _____

   _____

*(Set forth additional grounds, if any, on separate sheets of paper.)*

## E.  Grounds Not Previously Raised

Is there any ground raised in this petition that has not already been presented

in either state or federal court?

☐ YES   ☐ NO

If so, state the reason(s): _____

_____

_____

_____

## F. Pending Proceedings

Do you have any petition or appeal currently pending (filed, but not yet decided) in *any* court (state or federal) for the judgment being challenged in this petition:

☐ YES   ☑ NO

Please explain: _____

_____

## G. Future Sentence

Do you have any future sentence to serve (*as in a consecutive sentence imposed*) after you complete the sentence for the judgment challenged in this petition?

☐ YES   ☑ NO

1. If so, identify the other sentence: _____

2. Name and location of the court that imposed that sentence: _____

_____

3. Date Sentence was Imposed: _____

4. Case Number: _____

## H. Timeliness of Petition

If your judgment of conviction became final over one year ago, explain why the one-year statute of limitations as stated in 28 U.S.C. § 2244(d)[i] does not

bar this petition: _____

_____

_____

_____

## III. RELIEF SOUGHT IN CURRENT § 2254 PETITION

Petitioner requests the Court grant this § 2254 petition and provide the

following relief: Direct FLDOC to remove the "20 years consecutive sentence"

and correct its deviation from/of the State Trial Court "orally pronounced

sentence of a 30 year habitual sentence to be served consecutive to "any active

sentence" that was currently being served at that time." And since Plaintiff

had been serving the 3½ years sentence first then the 30 years sentence must

"only" be run consecutive to it. _____

_____

_____ or any other relief to which Petitioner is entitled.

Signature of Attorney (*if any*): _____

**I certify and declare, under penalty of perjury, that the foregoing is true**

**and correct and that this petition was (*check one*) ☐ delivered to prison**

**officials for mailing or ☐ deposited in the prison's mail system for mailing**

on the _____ day of __October_____, 20 _22_ .

Date: _____ Petitioner's Signature: ___Derrick H. James_____

*(If the person signing above is not the petitioner, state relationship to the*

*petitioner and explain why the petitioner is not signing this petition below.)*

_____

_____

Printed Name of Petitioner: ___Derrick G. James_____

Prisoner ID #: ___536293_____

Correctional Institution: _____

Address: _____

_____

*(You must timely notify the Clerk's Office if there is any change to your*

*mailing address.)*

_____

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-

     (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

     (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

     (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court

and made retroactively applicable to cases on collateral review; or

      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

28 U.S.C. § 2244(d).

062S0008864633

$1.440
US POSTAGE
FIRST-CLASS
FROM 32502
NOV 15 2022
stamps
endicia

Derrick James 536293
Okaloosa C.I.
3189 Colonel Malloy Rd
Crestview, FL 32539

JAN 19 2023

MAILED FROM OKALOOSA
CORRECTIONAL INSTITUTION

FORWARD
Okaloosa Ct

CHILLY

Clerk of Court
1 North Palafox St.
Pensacola, FL
32502

Attorney at Law
Attorney at Law
106 ~~~~~~~
~~~~~~~~~~~~~~
32188

Legal Mail

PROVIDED TO
OKALOOSA CI

JAN 1 3 2023

FOR MAILING
RECEIVED BY