United States District Court
Northern District of Fl
Tallahassee Division

Provided to Walton CI
On 8-10-23 for Mailing
By (officer initials) he D L

Derrick G. James,
    Petitioner,
vs.

Case No.: 4:22cv158/WS/ZCB

Ricky D. Dixon,
    Respondent.

## Notice To Court

On August 8, 2023, Petitioner received an Order from this Honorable Court informing Petitioner that Respondent had filed an answer to Petitioner's amended habeas corpus. The Court also provided Petitioner an opportunity to file a reply by August 26th, 2023.

Petitioner does intend to file a reply but is unable to, due to not having received a copy of Respondent's answer - and still awaits such.

Respectfully Submitted,
*Derrick James*
Derrick James 536293
Walton Correctional Institution
691 Institution Road
De Funiak Springs, FL 32433

CC: Office of Attorney General, PL 01, Tallahassee, FL 32399 on this 9th day of August 2023.

*Derrick James*

FILED USDC FLND PN
AUG 15 '23 AM10:17

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

_____

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC#: _____

─────────────── **DO NOT WRITE BELOW THIS LINE** ───────────────

## RESPONSE

DATE RECEIVED: _____

_____

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____   Official (Signature): _____   Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Derrick James 536293
Walton Correctional Institution
691 Institution Road
DeFuniak Springs, FL 32433

Aug 10 2023
10:27A

Mailed From A
Correctional
Institution

LEGAL MAIL

US District Court
1 North Palafox Street
Pensacola, FL 32502

Provided to Walton CI
On 8-10-23 for Mailing
Date
by (officer initials) ___



AUG 1 5 2023

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# WE CARE

US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**

EP193