In the United States District Court
Northern District Of Florida
Tallahassee Division

Derrick G. James,
    Petitioner,

v.

Ricky Dixon,
    Respondent.

Case No. 4:22-CV-158/WS/ZCB

P. 7.

Provided to Walton CI
On 10-16-23 for Mailing
By (officer initials) _nc_

## Petitioner's Request For Leave To File Supplement And/Or Expanded Argument To Petitioner's Reply To Respndent's Answer To Petition For Writ Of Habeas Corpus

    Petitioner would respectfully request to submit the attached brief Supplemental And/Or Expanded Argument to his submitted Reply To Respondent's Answer To Petition For Writ Of Habeas Corpus.

Respectfully Submitted,
Derrick G. James
Derrick C. James 536293
Walton Correctional Inst.
691 Institutional Road
De Funiak Springs, FL
32433

CC: US Mailed to Office of General Counsel and Attorney General, The Capitol, PL-01, Tallahassee, FL 32399 on this 16th day of October 2023.

Derrick G. James

FILED USDC FLND TL
OCT 18 '23 PM 2:57

Derrick James 536293
Walton Correctional Institution
691 Institutional Road
DeFuniak Springs, FL 32433

Mailed From A PENSACOLA FL 325
Correctional 16 OCT 2023 PM
Institution

US POSTAGE PITNEY BOWES
ZIP 32433
02 7H
0000605046  $000.63
OCT 16 2023

OCT 18 2023

US Clerk of Court
District Court
111 N Adams Street
Tallahassee, FL 32301

32301-773699