In The United States District Court
Northern District Of Florida
Tallahassee Division

Derrick G. James,
    Petitioner,

v.

Ricky Dixon,
    Respondent.

Case No. 4:22-CV-158/WS/ZCB

Provided to Walton CI
On 10-16-23 for Mailing
    Date
By (officer initials) mc

## Petitioner's Supplemental And/Or Expanded Argument To Petitioner's Reply To Respondent's Answer To Petition For Writ Of Habeas Corpus

Recently, Petitioner thoroughly reviewed the State's Trial Court's orally pronounced sentence in its entirety "for the first time," and clearly without any doubt was and is correct concerning Petitioner's claim and its supporting argument. Initially, Petitioner stated that the State Court had initially sentenced Petitioner to a 30 year sentence consecutive to only one of Petitioner's previously imposed sentences of 3½ years and 20 years but not both, yet never orally pronounced which one. The Classification Dept. of FDOC at SFRC had also initially concluded this, then, informed Petitioner that since his 3½ year prison sentence was the first imposed sentence before the 20 year sentence, that the 30 year imposed sentence would be served only consecutive to the 3½ year sentence. Yet Petitioner avers that the record, i.e. sentencing transcript and sentencing order supports Petitioner's claim and argument. The State Trial Court did infact only orally imposed a 30 year sentence specifically consecutive to "only" the 3½ year sentence. On page 361, lines 23 to 25 the State Court's orally pronounced words were: Said sentence shall be consecutive to "any" active sentence" currently being served by this defendant." "See Exhibit A, in Reply To Respondent's Answer To Petition For Writ Of Habeas Corpus.

    The only active sentence that was being served at the time of the 30 years orally pronounced sentence was the 3½ years imposed sentence and that sentence

FILED USDC FLND TL
OCT 18 '23 PM2:57

did not expire until 10/14/2000. Then, Petitioner began to serve the orally imposed 20 year sentence which was consecutive to the 3½ years.[1] See Exhibit E, response to Inmate Request/Grievance.

Additionally, the sentencing order supports/corroborates the State Trial Court's orally pronounced sentence, whereas the State Court checked the wording that states: ✓ Any active sentence being served. See Exhibit C, within Petitioner's Reply. Again, the "only" active sentence that was being served during that point in time was the 3½ years.

In Closing, Petitioner's Due Process Rights, 14TH and 5TH Amendment Rights as well have been violated due to the arbitrarily added 20 years.

Wherefore this Honorable Court should grant Petitioner's 2254 Petition due to a release date of 12/13/2023 once the 20 added years are removed. See Exhibit F, Release Date Calculation.

---
[1] In short, the 20 year and 30 year sentences simultaniously began after the 3½ years ended.

## Conclusion

Wherefore, based upon the additionally submitted evidence and argument within Petitioner respectfully pray and request for relief or any appropriate relief that this Honorable Court deems just and fit.

## Oath/Verification

Under penalties of perjury I swear that every submitted and stated within this foregoing document are true and correct.

Respectfully Submitted,
*Derrick H. James*
Derrick C. James 536293
Walton Correctional Inst.
691 Institution Road
De Funiak Springs, FL 32433

CC: US Mailed to Office of General Counsel and Attorney General, The Capitol, PL-01, Tallahassee, FL 32399 on this 16th day of October 2023.

2

*Derrick H. James*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

430-1806-0090

Mail Number: _____
Team Number: _____
Institution: Martin C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☑ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other ____ |

| FROM: | Inmate Name: James, Derrick | DC Number: 536293 | Quarters: A4102 | Job Assignment: Laundry | Date: 6/8/2018 |

**REQUEST**    Check here if this is an informal grievance ☑

Classification Supervisor, Mr. Parrish

Central Office has informed me that it is Classification's responsibility to reward me with the backgain time that's due me.

Again, I'm requesting the gain time due to me on a past 1994 case (Re: Violation of Community Control case). I was sentence to a 3½ year prison sentence first, then other additional sentences. Even though I don't agree with even having been awarded 1/3 off of that sentence, such will be directly addressed at a later date and time.

As to the 20 days a month gain time; as of yet, I have not received such on that 3½ year sentence. Your computer clearly reveals/shows such! Therefore I'm requesting that such be immediately awarded to me and/or against/towards my sentence.

See all attached Inmate Request(s) and Grievance(s).

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): D. James    DC#: 536293

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**    DATE RECEIVED: 6/8/18

CLASSIFICATION

3½ yr prison started on 10/22/98, you were not received at reception center until 10/25/01. This sentenced had already expired on 10/14/00. We do not award gain time on expired sentences.

[The following pertains to Informal grievances only:]
Based on the above information, your grievance is Denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Ingraham    Official (Signature): ____    Date: 6/8/18

08C

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

Exhibit E



Release Date Calculation

NAME: JAMES, DERRICK     DC# 536293   BUNK: G1125L
DATE: 8/14/2023

| | BROWARD 94CF16096 CNT 1 | MIAMI-DADE 98CF28312 CNT 1 | BROWARD 99CF721 CNT 1 | MIAMI-DADE 98CF28312 CNT 2 consec to 94CF16096 CNT 1 | BROWARD 99CF721 CNT 2 consec to 98CF28312 CNT 1 | PALM BEACH 99CF1368 CNT 1 |
|---|---|---|---|---|---|---|
| EFFECTIVE DATE (SENTENCE) | 10/22/1998 | CS 10/14/2000 | CS 12/31/2018 | 10/14/2000 | 12/31/2018 | 10/5/2001 |
| SENTENCE LENGTH (MANDATORY: 0 YRS) + | 1278 | 7300 | 10950 | 3650 | 3650 | 10950 |
| JAIL CREDITS - | 135 | 341 | 195 | 341 | 195 | 782 |
| **MAXIMUM RELEASE DATE** = | 12/8/2001 | 12/27/2020 | 6/8/2050 | 12/30/2010 | 6/13/2030 | 8/7/2029 |
| BASIC GAIN TIME - | 420 | 0 | 0 | 0 | 0 | 0 |
| ADDITIONAL GAIN TIME EARNED - | 0 | 863 | 522 | 110 | 522 | 1385 |
| DISCIPLINARY + | 0 | 556 | 180 | 500 | 180 | 736 |
| TENTATIVE RELEASE DATE = | 10/14/2000 | 12/31/2018 | 7/5/2047 | 11/30/2010 | 7/10/2027 | 10/28/2027 |
| 85% OF SENTENCE LENGTH + | | 6205 | 9308 | 3103 | 3103 | 9308 |
| 85% DATE (EARLIEST POSSIBLE RELEASE DATE) = | | 11/3/2016 | 12/13/2043 | 5/7/2008 | 12/17/2026 | 2/7/2025 |
| MANDATORY TIME (RA) + | | 5475 | | 1825 | | |
| MINIMUM MANDATORY DATE = | | 11/4/2014 | | 11/6/2004 | | |

Handwritten annotations: "starts", "End", "Wrong start date. Supposed to be 10/14/00", "Minus 20 years", "wrong" (pointing to 12/31/2018 in BROWARD 99CF721 CNT 2)

NOTE: FDOC is bound by the written sentence of the court which was followed in structuring your sentence. Any changes will require a court order reflecting the change sent from the court to FDOC. You may wish to proceed on your own behalf or seek guidance from counsel. You may file a formal grievance directly with the Office of the Secretary regarding Sentence Structure.

Derrick James 536293
Walton Correctional Institution
691 Institutional Road
De Funiak Springs, FL 32433

Mailed From A
Correctional
Institution

PENSACOLA FL 325
OCT 15 2023 PM 3 L

US POSTAGE ~ PITNEY BOWES
ZIP 32433
02 7H
0000670546  $000.63
OCT 16 2023

OCT 18 2023

U.S. Clerk of Court
District Court
111 N Adams Street
Tallahassee, FL 32301

32301-773699