IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK G. JAMES,

    Petitioner,

v.                                                    4:22cv158–WS/ZCB

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 45) docketed September 16, 2024. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has no filed objections to the report and recommendation.

    The court has determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 45) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 15) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __20th__ day of __October__, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.